UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ANTHONY SCOTT JOHNSON, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | CIVIL ACTION NO. |
| VS. | ) | |
| | ) | 3:04-CV-1359-G |
| DOUGLAS DRETKE, Director, Texas | ) | |
| Department of Criminal Justice, | ) | **ECF** |
| Correctional Institutions Division, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

After making the review required by 28 U.S.C. § 636(b), the court finds that the findings, conclusions and recommendation of the Magistrate Judge are correct, and they are **ADOPTED** as the findings and conclusions of the court.

**SO ORDERED**.

January 4, 2006.

_____
A. JOE FISH
CHIEF JUDGE